IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>DAISY HURTADO<br>Debtor | CHAPTER 13<br><br>BK. No. 15-15573 AMC |

## ORDER MODIFYING SECTION 362 AUTOMATIC STAY

AND NOW, this **2nd** day of **August**, 2016, Motion of **WILMINGTON TRUST COMPANY AS TRUSTEE FOR THE STRUCTURED ASSET SECURITIES CORPORATION MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2003-35** (Movant), and after Notice of Default and the filing of a Certification of Default, it is

**ORDERED AND DECREED:** that Movant shall be permitted to reasonably communicate with the Debtor(s) and Debtor's counsel to the extent necessary to comply with applicable nonbankruptcy law; and it is further;

**ORDERED AND DECREED:** that Relief from the Automatic stay of all proceedings, as provided under 11 U.S.C. §362 is granted with respect to, 155 ROOSEVELT BOULEVARD, PHILADELPHIA, PA 19120(hereinafter the Premises) (as more fully set forth in the legal description attached to the Mortgage of record granted against the Premises), as to allow Movant, its successors or assignees, to proceed with its rights under the terms of said Mortgage; and it is further;

**ORDERED AND DECREED:** that Rule 4001(a)(3) is not applicable and **WILMINGTON TRUST COMPANY AS TRUSTEE FOR THE STRUCTURED ASSET SECURITIES CORPORATION MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2003-35** may immediately enforce and implement this Order granting Relief from the Automatic Stay; and it is further;

By the Court: *[signature]*

**Date: August 2, 2016**

ASHELY M. CHAN, BANKRUPTCY JUDGE

WILLIAM C. MILLER, ESQUIRE (TRUSTEE)
1234 MARKET STREET, SUITE 1813
PHILADELPHIA, PA 19107

DAISY HURTADO
3414 COTTMAN AVENUE
PHILADELPHIA, PA 19149-1604

ERIK B. JENSEN, ESQUIRE
1528 WALNUT STREET, SUITE 1401
PHILADELPHIA, PA 19102

UNITED STATES TRUSTEE
833 CHESTNUT STREET, SUITE 500
PHILADELPHIA, PA 19107