United States Bankruptcy Court
Eastern District of Pennsylvania

```
In re:                                                        Case No. 15-15573-amc
Daisy Hurtado                                                 Chapter 13
        Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0313-2         User: PaulP              Page 1 of 1          Date Rcvd: Aug 02, 2016
                             Form ID: pdf900          Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 04, 2016.
db           +Daisy Hurtado,   198 West Chew Ave,   Philadelphia, PA 19120-2465

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                              TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 04, 2016                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 2, 2016 at the address(es) listed below:
          ANDREW F GORNALL    on behalf of Creditor   HSBC BANK USA, Et Al... agornall@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          CHRISOVALANTE  FLIAKOS    on behalf of Creditor   Wilmington Trust Company AS Trustee For et al.
           paeb@fedphe.com
          CORY P. STEPHENSON    on behalf of Creditor   Gelt Properties, LLC s/b/m to Gelt Financial
           Corporation s/b/m to Gelt Business Credit, LLC cstephenson@bk-legal.com
          ERIK B. JENSEN    on behalf of Debtor Daisy  Hurtado gilberto@erikjensenlaw.com,
           regina@erikjensenlaw.com;mjmecf@gmail.com
          JEREMY JOHN KOBESKI    on behalf of Creditor   CitiMortgage, Inc. paeb@fedphe.com
          JEROME B. BLANK    on behalf of Creditor   Wilmington Trust Company AS Trustee For et al.
           paeb@fedphe.com
          JOSHUA ISAAC GOLDMAN    on behalf of Creditor   HSBC BANK USA, Et Al... bkgroup@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          PAMELA ELCHERT THURMOND    on behalf of Creditor   City of Philadelphia pamela.thurmond@phila.gov,
           james.feighan@phila.gov
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER    ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                  TOTAL: 10

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                          :
DAISY HURTADO                                   :          CHAPTER 13
                          Debtor                :
                                                :          BK. No. 15-15573 AMC
                                                :

### ORDER MODIFYING SECTION 362 AUTOMATIC STAY

AND NOW, this  2nd  day of  August        , 2016, Motion of **WILMINGTON TRUST COMPANY AS TRUSTEE FOR THE STRUCTURED ASSET SECURITIES CORPORATION MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2003-35** (Movant), and after Notice of Default and the filing of a Certification of Default, it is

ORDERED AND DECREED: that Movant shall be permitted to reasonably communicate with the Debtor(s) and Debtor's counsel to the extent necessary to comply with applicable nonbankruptcy law; and it is further;

ORDERED AND DECREED: that Relief from the Automatic stay of all proceedings, as provided under 11 U.S.C. §362 is granted with respect to, 155 ROOSEVELT BOULEVARD, PHILADELPHIA, PA 19120(hereinafter the Premises) (as more fully set forth in the legal description attached to the Mortgage of record granted against the Premises), as to allow Movant, its successors or assignees, to proceed with its rights under the terms of said Mortgage; and it is further;

ORDERED AND DECREED: that Rule 4001(a)(3) is not applicable and **WILMINGTON TRUST COMPANY AS TRUSTEE FOR THE STRUCTURED ASSET SECURITIES CORPORATION MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2003-35** may immediately enforce and implement this Order granting Relief from the Automatic Stay; and it is further;

By the Court:

_____
ASHELY M. CHAN, BANKRUPTCY JUDGE

**Date: August 2, 2016**

WILLIAM C. MILLER, ESQUIRE (TRUSTEE)
1234 MARKET STREET, SUITE 1813
PHILADELPHIA, PA 19107

DAISY HURTADO
3414 COTTMAN AVENUE
PHILADELPHIA, PA 19149-1604

ERIK  B. JENSEN, ESQUIRE
1528 WALNUT STREET, SUITE 1401
PHILADELPHIA, PA 19102

UNITED STATES TRUSTEE
833 CHESTNUT STREET, SUITE 500
PHILADELPHIA, PA 19107