## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re | : CHAPTER 13 |
| | : |
| Daisy Hurtado | : BANKRUPTCY NO.: 15-15573 AMC |

### PRAECIPE TO WITHDRAW DOCUMENT

TO THE CLERK OF COURT:

Kindly withdraw documents #91, Application for Compensation, and document #92, Notice of Motion, filed on 8/9/2016.

Respectfully submitted,

/s/ERIK B. JENSEN, ESQUIRE
ERIK B. JENSEN, ESQUIRE
Attorney for the Debtor