## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Chapter 13 |
| | : | |
| Daisy Hurtado | : | Bky. No. 15-15573 |
| | : | |
| Debtor | : | |

### ORDER

**AND NOW,** this 7th day of February, 2017, upon consideration of **APPLICATION OF DEBTOR(S) COUNSEL FOR APPROVAL OF COUNSEL FEES** submitted by Erik B. Jensen, P.C., counsel for debtor(s) and after notice it is hereby

**ORDERED** that counsel fees in the amount of $10,000 less $0.00 already paid with a remaining balance of $0.00 are allowed and may be paid by the trustee to the extent provided in the confirmed plan. See 11 USC§ (330)(4)(B).

BY THE COURT:

_____
Ashely M. Chan
United States Bankruptcy Judge

CC:  Law Offices of Erik B. Jensen, P.C.
ERIK B. JENSEN, ESQUIRE
1528 Walnut Street
Suite 1401
Philadelphia, PA  19102

William Miller, Esquire
Chapter 13 Trustee
Post Office Box 40119
Philadelphia, PA  19106

Daisy Hurtado
3414 Cottman Avenue
Philadelphia, PA  19149