# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                                                    Chapter 13

                                                  Bankruptcy No. 15-15573-AMC

DAISY HURTADO

198 WEST CHEW AVE

PHILADELPHIA, PA 19120-

     Debtor

## **CERTIFICATE OF SERVICE**

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

DAISY HURTADO

198 WEST CHEW AVE

PHILADELPHIA, PA 19120-

Counsel for debtor(s), by electronic notice only.

ERIK B JENSEN, P.C.
1528 WALNUT ST
SUITE 1401
PHILA, PA 19102-

                                                  /S/ William C. Miller

Date: 5/5/2017                              _____

                                                  William C. Miller, Esquire
                                                  Chapter 13 Standing Trustee