## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re : CHAPTER 13
:
Daisy Hurtado : BANKRUPTCY NO.: 15-15573 AMC

### PRAECIPE TO WITHDRAW DOCUMENT

TO THE CLERK OF COURT:

Kindly withdraw document #120 Motion to Modify Plan, with attachments filed on 8/4/2017.

Respectfully submitted,

/s/ERIK B. JENSEN, ESQUIRE
ERIK B. JENSEN, ESQUIRE
Attorney for the Debtor