**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:  Daisy Hurtado

               Debtor

HSBC BANK USA, NATIONAL
ASSOCIATION AS TRUSTEE FOR
DEUTSCHE MORTGAGE SECURITIES,
INC., MORTGAGE LOAN TRUST, SERIES
2004-2

               Movant

        v.

Daisy Hurtado

               Debtor

William C. Miller, Esq.

               Trustee

Chapter 13

NO. 15-15573 AMC

## ORDER

    AND NOW, this 4th   day of December, 2017 upon the filing of a Certification of Default by the Movant in accordance with the Stipulation of the parties approved by the Court on August 9, 2017 it is ORDERED AND DECREED that:

    The Automatic Stay of all proceedings, as provided under Section 362 of Title 11 of the United States Code, as amended, is modified as to Movant, with respect to the real property at 3414 Cottman Avenue, Philadelphia, PA 19149, to allow HSBC BANK USA, NATIONAL ASSOCIATION AS TRUSTEE FOR DEUTSCHE MORTGAGE SECURITIES, INC., MORTGAGE LOAN TRUST, SERIES 2004-2, or its successor or assignee, to proceed with its rights and remedies under the terms of the subject mortgage on the aforesaid property and pursue its in rem State Court remedies, which actions may include continuation or commencement of mortgage foreclosure proceedings against the mortgaged property, and the execution of judgment, and Sheriff's Sale of the mortgaged premises.

    The stay provided by Bankruptcy Rule 4001(a)(3) has been waived.

_____
United States Bankruptcy Judge.

cc: See attached service list

Daisy Hurtado
198 West Chew Avenue
Philadelphia, PA 19120

William C. Miller, Esq.
1234 Market Street
Suite 1813
Philadelphia, PA 19107

Erik B. Jensen, Esq.
1500 Walnut Street
Suite 1920
Philadelphia, PA 19102

KML Law Group, P.C.
Suite 5000 – BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532