UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DAISY HURTADO | Chapter 13 |
| Debtor | Bankruptcy No. 15-15573-AMC |

### Order Dismissing Chapter 13 Case and Directing Counsel to File Master Mailing List

**AND NOW**, this  5th  day of  December , 2017, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

**ORDERED**, that any wage orders are hereby vacated.

_____
Ashely M. Chan
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
ERIK B JENSEN, P.C.
1528 WALNUT ST
SUITE 1401
PHILA, PA 19102-

Debtor:
DAISY HURTADO

198 WEST CHEW AVE

PHILADELPHIA, PA 19120-