United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 15-15573-amc
Daisy Hurtado                                                             Chapter 13
     Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2    User: PaulP    Page 1 of 1    Date Rcvd: Dec 04, 2017
                Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 06, 2017.
db         +Daisy Hurtado,   198 West Chew Avenue,   Philadelphia, PA 19120-2465

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                                                   TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 06, 2017                                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 4, 2017 at the address(es) listed below:
           ANDREW F GORNALL    on behalf of Creditor    HSBC BANK USA, Et Al... agornall@kmllawgroup.com, bkgroup@kmllawgroup.com
           BRIAN CRAIG NICHOLAS    on behalf of Creditor    HSBC BANK USA, Et Al... bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com
           CHRISOVALANTE  FLIAKOS    on behalf of Creditor    Wilmington Trust Company AS Trustee For et al. paeb@fedphe.com
           CORY P. STEPHENSON    on behalf of Creditor    Gelt Properties, LLC s/b/m to Gelt Financial Corporation s/b/m to Gelt Business Credit, LLC cstephenson@bk-legal.com
           ERIK B. JENSEN    on behalf of Debtor Daisy  Hurtado akeem@jensenbagnatolaw.com, gilberto@jensenbagnatolaw.com;mjmecf@gmail.com
           JACK K. MILLER    on behalf of Trustee WILLIAM C. MILLER, Esq. philaecf@gmail.com, ecfemails@ph13trustee.com
           JEREMY JOHN KOBESKI    on behalf of Creditor    CitiMortgage, Inc. paeb@fedphe.com
           JEROME B. BLANK    on behalf of Creditor    Wilmington Trust Company AS Trustee For et al. paeb@fedphe.com
           JOSHUA ISAAC GOLDMAN    on behalf of Creditor    HSBC BANK USA, Et Al... bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
           MATTEO SAMUEL WEINER    on behalf of Creditor    HSBC BANK USA, Et Al... bkgroup@kmllawgroup.com
           PAMELA ELCHERT THURMOND    on behalf of Creditor    City of Philadelphia pamela.thurmond@phila.gov, james.feighan@phila.gov
           THOMAS I. PULEO    on behalf of Creditor    HSBC BANK USA, Et Al... tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
           United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
           WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                                                                           TOTAL: 14

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Daisy Hurtado<br>　　　　　　　　Debtor<br><br>HSBC BANK USA, NATIONAL ASSOCIATION AS TRUSTEE FOR DEUTSCHE MORTGAGE SECURITIES, INC., MORTGAGE LOAN TRUST, SERIES 2004-2<br>　　　　　　　　Movant<br>　　　　v.<br>Daisy Hurtado<br>　　　　　　　　Debtor<br><br>William C. Miller, Esq.<br>　　　　　　　　Trustee | Chapter 13<br><br>NO. 15-15573 AMC |

## ORDER

AND NOW, this 4th day of December, 2017 upon the filing of a Certification of Default by the Movant in accordance with the Stipulation of the parties approved by the Court on August 9, 2017 it is ORDERED AND DECREED that:

The Automatic Stay of all proceedings, as provided under Section 362 of Title 11 of the United States Code, as amended, is modified as to Movant, with respect to the real property at 3414 Cottman Avenue, Philadelphia, PA 19149, to allow HSBC BANK USA, NATIONAL ASSOCIATION AS TRUSTEE FOR DEUTSCHE MORTGAGE SECURITIES, INC., MORTGAGE LOAN TRUST, SERIES 2004-2, or its successor or assignee, to proceed with its rights and remedies under the terms of the subject mortgage on the aforesaid property and pursue its in rem State Court remedies, which actions may include continuation or commencement of mortgage foreclosure proceedings against the mortgaged property, and the execution of judgment, and Sheriff's Sale of the mortgaged premises.

The stay provided by Bankruptcy Rule 4001(a)(3) has been waived.

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge.

cc: See attached service list

Daisy Hurtado
198 West Chew Avenue
Philadelphia, PA 19120

William C. Miller, Esq.
1234 Market Street
Suite 1813
Philadelphia, PA 19107

Erik B. Jensen, Esq.
1500 Walnut Street
Suite 1920
Philadelphia, PA 19102

KML Law Group, P.C.
Suite 5000 – BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532