United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 15-15573-amc
Daisy Hurtado                                                             Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: PaulP           Page 1 of 2             Date Rcvd: Dec 05, 2017
                         Form ID: pdf900       Total Noticed: 14

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 07, 2017.
```
db            +Daisy Hurtado,    198 West Chew Avenue,    Philadelphia, PA 19120-2465
13752836       CitiMortgage, Inc.,    P.O. Box 688971,    Des Moines, IA  50368-8971
13726093       Citimortgage Inc,    PO BOX 140609,    Irving, TX 75014-0609
13575224      +Erik B. Jensen P.C.,    1528 Walnut Street,    Suite 1401,    Philadelphia, PA 19102-3610
13665356      +Gelt Properties, LLC,    2755 Philmont Avenue, Suite 130,    Huntingdon Valley, PA 19006-5321
13578623      +Med Business Bureau,    PO Box 1219,    Park Ridge, IL 60068-7219
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: bankruptcy@phila.gov Dec 06 2017 01:53:41     City of Philadelphia,
               City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
               Philadelphia, PA  19102-1595
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Dec 06 2017 01:53:17     Pennsylvania Department of Revenue,
               Bankruptcy Division,    P.O. Box 280946,   Harrisburg, PA  17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Dec 06 2017 01:53:33     U.S. Attorney Office,
               c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr             E-mail/Text: bankruptcy@phila.gov Dec 06 2017 01:53:41     City of Philadelphia,
               Law Revenue Department,    c/o Pamela Elchert Thurmond,    1401 JFK Boulevard,
               5th Floor, Municipal Services Bldg,    Philadelphia, PA  19102
13664572      +E-mail/Text: bankruptcy@phila.gov Dec 06 2017 01:53:41     CITY OF PHILADELPHIA, LAW DEPARTMENT
               TAX UNIT,    MUNICIPAL SERVICES BUILDING,    1401 JOHN F. KENNEDY BLVD., 5TH FLOOR,
               PHILADELPHIA, PA 19102-1640
13751042      +E-mail/Text: bankruptcy@phila.gov Dec 06 2017 01:53:42     CITY OF PHILADELPHIA, LAW DEPARTMENT
               TAX UNIT,    BANKRUPTCY GROUP, MSB,    1401 JOHN F. KENNEDY BLVD., 5TH FLOOR,
               PHILADELPHIA, PA 19102-1640
13587161      +E-mail/Text: camanagement@mtb.com Dec 06 2017 01:53:08     HSBC BANK USA, NATIONAL ASSOCIATION,
               ect.,    C/O M&T BANK,    PO BOX 1288,    Buffalo, NY 14240-1288
13578622       E-mail/Text: camanagement@mtb.com Dec 06 2017 01:53:08     M & T Bank,    Attn: Bankruptcy,
               1100 Wehrle Dr  2nd Floor,    Williamsville, NY 14221
                                                                                              TOTAL: 8
```

     ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
13578621*     +Erik B. Jensen P.C.,    1528 Walnut Street,    Suite 1401,    Philadelphia, PA 19102-3610
                                                                                  TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 07, 2017                                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 5, 2017 at the address(es) listed below:
```
          ANDREW F GORNALL    on behalf of Creditor    HSBC BANK USA, Et Al... agornall@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          BRIAN CRAIG NICHOLAS    on behalf of Creditor    HSBC BANK USA, Et Al... bnicholas@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          CHRISOVALANTE  FLIAKOS    on behalf of Creditor    Wilmington Trust Company AS Trustee For et al.
           paeb@fedphe.com
          CORY P. STEPHENSON    on behalf of Creditor    Gelt Properties, LLC s/b/m to Gelt Financial
           Corporation s/b/m to Gelt Business Credit, LLC cstephenson@bk-legal.com
          ERIK B. JENSEN    on behalf of Debtor Daisy  Hurtado akeem@jensenbagnatolaw.com,
           gilberto@jensenbagnatolaw.com;mjmecf@gmail.com
          JACK K. MILLER    on behalf of Trustee WILLIAM C. MILLER, Esq. philaecf@gmail.com,
           ecfemails@ph13trustee.com
          JEREMY JOHN KOBESKI    on behalf of Creditor    CitiMortgage, Inc. paeb@fedphe.com
```

```
District/off: 0313-2          User: PaulP              Page 2 of 2              Date Rcvd: Dec 05, 2017
                              Form ID: pdf900          Total Noticed: 14
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        JEROME B. BLANK    on behalf of Creditor    Wilmington Trust Company AS Trustee For et al. paeb@fedphe.com
        JOSHUA ISAAC GOLDMAN    on behalf of Creditor    HSBC BANK USA, Et Al... bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
        MATTEO SAMUEL WEINER    on behalf of Creditor    HSBC BANK USA, Et Al... bkgroup@kmllawgroup.com
        PAMELA ELCHERT THURMOND    on behalf of Creditor    City of Philadelphia pamela.thurmond@phila.gov, james.feighan@phila.gov
        THOMAS I. PULEO    on behalf of Creditor    HSBC BANK USA, Et Al... tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
        WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com

        TOTAL: 14

# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

DAISY HURTADO                                              Chapter 13

                        Debtor                 Bankruptcy No. 15-15573-AMC

### Order Dismissing Chapter 13 Case and
### Directing Counsel to File Master Mailing List

**AND NOW**, this __5th__ day of __December__, 2017, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

**ORDERED**, that any wage orders are hereby vacated.

_____
Ashely M. Chan
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
ERIK B JENSEN, P.C.
1528 WALNUT ST
SUITE 1401
PHILA, PA 19102-

Debtor:
DAISY HURTADO

198 WEST CHEW AVE

PHILADELPHIA, PA 19120-